**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

April 8, 2015

Hon. John T. Hubert
District Attorney
700 E. Kleberg, 2nd Floor
P. O. Box 1471
Kingsville, TX 78363
* DELIVERED VIA E-MAIL *

Hon. Jack Pulcher
105th District Court (Kleberg Co.)
P.O. Box 312
Kingsville, TX 78364
* DELIVERED VIA E-MAIL *

Hon. Vincent Gonzalez
Asst. District Attorney
P. O. Box 1471
Kingsville, TX 78364
* DELIVERED VIA E-MAIL *

Hon. Jaime E. Carrillo
Attorney at Law
721 East King Avenue
Kingsville, TX 78363
* DELIVERED VIA E-MAIL *

Hon. Jennifer Whittington
Kleberg County District Clerk
P. O. Box 312
Kingsville, TX 78364-0312
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00237-CR
Tr.Ct.No. 12-CRF-0137
Style:   The State of Texas v. Isaac Sastaita

Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.